# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | | |
|---|---|---|
| Richard L. Roberts, Sr., | ) | Case No. 3:05CV7365 |
| Plaintiff, | ) | Judge Katz |
| v. | ) | **CONSENT TO REMOVAL OF DEFENDANT GLENS FALLS INSURANCE COMPANY** |
| Glens Falls Insurance Company, et al., | ) | |
| Defendants. | ) | |
| | ) | |
| | ) | |
| | ) | |
| | ) | |

\* \* \* \* \* \* \* \*

Defendant, Glens Falls Insurance Company, by and through its attorneys, hereby consents to removal of this action to the United States District Court for the Northern District of Ohio, Western Division and states that it previously provided such consent orally to counsel for Defendant American Guaranty Liability Insurance Company based upon total diversity of jurisdiction in this case.

**WHEREFORE**, Defendant Glens Falls Insurance Company consents to removal of this action to the United States District Court of the Northern District of Ohio, Western Division.

Respectfully submitted,

**SPENGLER NATHANSON P.L.L.**

___/s/ Byron S. Choka_____
Byron S. Choka (0014249)
608 Madison Avenue
Suite 1000
Toledo, Ohio 43604
(419) 252-6208
byronchoka@spenglernathanson.com

Attorneys for Defendant

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing has been sent by ordinary United States mail, postage prepaid, this 15th day of September to Ralph DeNune, III, Esq. and Steven B. Mosier, Esq., McHugh, DeNune & McCarthy, Ltd., 5580 Monroe Street, Sylvania, Ohio, 43560-2538, Attorneys for Plaintiff; and to Steven G. Janik, Esq., Janik & Dorman, L.L.P., 9200 South Hills Boulevard, Suite 300, Cleveland, Ohio, 44147-3521, Attorneys for Defendant American Guaranty Liability Insurance Company.

___/s/ Byron S. Choka_____
Byron S. Choka (0014249)

M:\BSC\S-Bsc\Encompass\E83\E83I5A.CONSENT.DOC